IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BUG ART LIMITED,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-11349

Judge Martha M. Pacold

Magistrate Judge Jeannice W. Appenteng

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | AGAWIJ |
| 4 | SC0ling |
| 5 | SMIDOW Direct |
| 7 | AKSODJF |
| 8 | HongaoLeo--50% off all your orders |
| 9 | Bobono 7-15 Days Delivery |
| 14 | Uillui Fashion Clothes |
| 15 | YTWJHTC |
| 19 | Unstoppable (Hot Sale) |
| 23 | OFF 50% cllios Clothes |
| 26 | eguiwyn |
| 27 | Ji&Hua-You |
| 29 | YGEWJI |
| 31 | Shidongyang |
| 34 | IEPOFG FASHION |
| 37 | Cyber Monday Deals BADHUB |
| 40 | MFJESEAA☐ Fast Delivery Only 7-10 Days☐ |
| 42 | INESVER- big deals clearance |
| 43 | lodopxxKKTai |
| 47 | Today's Deals Warehouse Deals lcziwo |

| 48 | LIXIAO(7-14 Days Delivery) |
|---|---|
| 51 | Womens Clothes Shirts |
| 53 | UEGEQU |
| 55 | Ohdfe Today's Deals 7-14 Days Delivery |
| 58 | Generic US Women Fashion Clothing |
| 59 | chaktkglok - Women's Fashion Summer Deals |
| 61 | PVTOSD Online |
| 62 | HPJKLYTR ✈Lightning Deals of Today✈ |
| 63 | ❤Lightning Deals of Today Prime❤ |
| 66 | Cardon58 |
| 68 | Symoid Fashion Style☐ 7-15Days Arrive☐ |
| 69 | Clearance Sales Today Deals Prime Litetao |
| 70 | dooRr(lightning deals of today prime) |
| 79 | DASAYO online store |
| 82 | Suncityonline |
| 83 | Buysfun CO., LTD |
| 89 | Hedyzone |
| 90 | prime day deals today 2024 |
| 96 | Aligament |
| 98 | WNEGSTG |
| 99 | Tawop |
| 100 | sovlvnd |
| 101 | Taylonsss |
| 102 | NaRHbrg |
| 103 | Fjofpr |
| 104 | JilgTeok |
| 105 | LBCHEN Clearance Sold |
| 106 | chunls |
| 107 | Scnor Home |
| 108 | Vikakiooze |
| 110 | PANRICH |
| 111 | daxiba |
| 112 | Aishoply Co.Ltd |
| 113 | Tianfeng Co., LTD |
| 114 | EJWQWQE |
| 117 | TJJMKIJSHUGDS |
| 118 | Zelnk |
| 119 | GKNBC |
| 121 | XINDISNusfo |
| 123 | BTTGGLhn |
| 125 | HACHUN |
| 126 | liwan2hao |
| 127 | WYBXZ |
| 128 | maqinghe |

| | |
|---|---|
| 129 | cherybn |
| 130 | SHENZHEN shiYou Ge GongYiPinYouXianGongSi |
| 131 | STARLAN |
| 133 | Keeplus |
| 134 | WIhsubfs |
| 135 | XHLQCBL Clearance Sold |
| 137 | Kugisaki |
| 138 | SHenzhenSHI xinyuebei gong yi pin youxiangongsi |
| 139 | Fnyoxu |
| 140 | Fimkaul |
| 141 | FASHIONIAL SHOPPING |
| 142 | DkinJom |
| 144 | HCMY |
| 145 | Natalie's Little Store |
| 146 | huaguer |

DATED: March 19, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 19, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                           */s/ Keith A. Vogt*
                                           Keith A. Vogt